FILED

2003 NOV 20  A 10: 31

US DISTRICT COURT
HARTFORD CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CRYSTAL RESTORATION SERVICES, INC. | : |
| Plaintiff, | : |
| VS. | : DOCKET NO: 3:03CV0560(AWT) |
| CRYSTAL RESTORATION ENTERPRISES, INC., | : |
| Defendant. | : NOVEMBER 18, 2003 |

### JOINT MOTION TO CONTINUE EVIDENTIARY HEARING AND FOR LIMITED DISCOVERY

The plaintiff and defendant jointly move the Court for an order continuing the evidentiary hearing presently scheduled for December 2, 2003 until the week of April 26, 2004 for the following reasons:

1. The parties are attempting to determine whether there is a basis for settlement.

2. In order to make that determination the parties believe that a meaningful period of time for determining whether there can be a resolution would include the winter months through the end of March 2004.

3. This period has been selected by the parties, since it will allow both parties to have an empirical view of each party's conduct during a period of intense business activity.

4. The parties are requesting a hearing at or about the end of April 2004, consistent with the Court's schedule, which is approximately 30 days after the test period so that if there is a necessity for a hearing, the parties can conduct limited discovery and any appropriate experts can be made aware of the empirical data gathered during the winter months by each of the parties.

5. The parties will advise the Court not later than April 9, 2004 of the necessity for such a hearing and whether the case will be or has been settled.

6. The parties also request that limited discovery be conducted by each party during the months of December through March which will also provide each party with a meaningful basis for determining whether settlement is possible and what possible terms would be appropriate in this case.

For these reasons the plaintiff and the defendant have joined in this request for continuance and for limited discovery as set forth above.

| THE PLAINTIFF, | THE DEFENDANT, |
|---|---|
| BY *[signature]* | BY *[signature]* |
| ANDREW B. BOWMAN, ct00122 | THOMAS J. MURPHY, ct07959 |
| 1804 Post Road East | Cowdery, Ecker & Murphy |
| Westport, CT 06880 | 750 Main Street |
| (203) 259-0599 | Hartford, CT 06103-2703 |
| (203) 255-2570 (Fax) | (860) 278-5555 |
|  | (860) 249-0012 (Fax) |

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid on this 19 day of November, 2003 to:

Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy
750 Main Street
Hartford, CT 06103-2703

*[signature]*
ANDREW B. BOWMAN

3