UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| CRYSTAL RESTORATION SERVICES, INC., | ) Case No.: 3:03CV0560 |
| | ) (AWT) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| CRYSTAL RESTORATION ENTERPRISES, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) November 10, 2003 |

## MOTION TO WITHDRAW
## AS COUNSEL FOR THE PLAINTIFF

The undersigned hereby moves pursuant to Rule 7(e) of the Local Rules of Civil Procedure to withdraw as counsel for the Plaintiff, Crystal Restoration Services, Inc. As reason therefor, the Plaintiff has retained other counsel, Andrew B. Bowman, Esq., who has appeared in this matter in lieu of the undersigned.

The reason this motion was not made sooner is that the undersigned recently returned from maternity leave. The Defendant consents to this motion.

Respectfully submitted,

Elizabeth A. DiRusso   CT 23850
Wallman & DiRusso, LLC
750 Summer Street
Stamford, CT 06901
(203) 348-4000
fax: (203) 357-1445
ead@business-litigation.net

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT    11/24/03 p3