UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CRYSTAL RESTORATION SERVICES, INC. | : |
| Plaintiff, | : |
| VS. | : DOCKET NO: 3:03CV0560(AWT) |
| CRYSTAL RESTORATION ENTERPRISES, INC., | : |
| Defendant. | : NOVEMBER 18, 2003 |

### JOINT MOTION TO CONTINUE EVIDENTIARY HEARING AND FOR LIMITED DISCOVERY

The plaintiff and defendant jointly move the Court for an order continuing the evidentiary hearing presently scheduled for December 2, 2003 until the week of April 26, 2004 for the following reasons:

1. The parties are attempting to determine whether there is a basis for settlement.

2. In order to make that determination the parties believe that a meaningful period of time for determining whether there can be a resolution would include the winter months through the end of March 2004.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT  11/24/03