UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CRYSTAL RESTORATION SERVICES, INC.    :

                Plaintiff,         :

VS.                        : DOCKET NO: 3:03CV0560(AWT)

CRYSTAL RESTORATION ENTERPRISES,   :
INC.,

               Defendant.    : APRIL 20, 2004

**PLAINTIFF'S REQUEST FOR LEAVE TO
WITHDRAW MOTION FOR PRELIMINARY
INJUNCTION WITHOUT PREJUDICE**

      The plaintiff Crystal Restoration Services requests leave to withdraw its Motion

for Preliminary Injunction <u>without</u> <u>prejudice</u> in light of the consent motion to continue

the preliminary injunction hearing.

      It is anticipated that the parties will notify the Court in September as to whether

the Motion for Preliminary Injunction will be renewed with a request for a hearing.

THE PLAINTIFF,


BY_____
   ANDREW B. BOWMAN, ct00122
   1804 Post Road East
   Westport, CT 06880
   (203) 259-0599
   (203) 255-2570 (Fax)


## CERTIFICATION


This is to certify that a copy of the foregoing was mailed, postage prepaid on this 20th day of April, 2004 to:

Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy
750 Main Street
Hartford, CT 06103-2703


_____
   ANDREW B. BOWMAN

2