UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CRYSTAL RESTORATION SERVICES, INC.  :

               Plaintiff,         :

VS.                       : DOCKET NO: 3:03CV0560(AWT)

CRYSTAL RESTORATION ENTERPRISES,  :
INC.,

               Defendant.    : APRIL 20, 2004

### PLAINTIFF'S REQUEST FOR LEAVE TO WITHDRAW MOTION FOR PRELIMINARY INJUNCTION WITHOUT PREJUDICE

     The plaintiff Crystal Restoration Services requests leave to withdraw its Motion for Preliminary Injunction without prejudice in light of the consent motion to continue the preliminary injunction hearing.

     It is anticipated that the parties will notify the Court in September as to whether the Motion for Preliminary Injunction will be renewed with a request for a hearing.

GRANTED. The docket shall reflect that the plaintiff's motion for preliminary injunction (Doc. # 3) has been withdrawn. It is so ordered.

Alvin W. Thompson, U.S.D.J.

Hartford, CT    4/22/2004