UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CRYSTAL RESTORATION SERVICES, INC. | : | |
| | : | |
| Plaintiff, | : | CIVIL NO. 3:03CV0560 (AWT) |
| | : | |
| v. | : | |
| | : | |
| CRYSTAL RESTORATION ENTERPRISES, INC. | : | |
| | : | |
| Defendant. | : | September 28, 2004 |
| | : | |

### DEFENDANT'S MOTION ON CONSENT
### TO CONTINUE EVIDENTIARY HEARING

The defendant Crystal Restoration Enterprises, Inc. ("CREI"), with the consent of the plaintiff, hereby moves for an order continuing the evidentiary hearing presently scheduled for October 15, 2004 until a date in the week of December 6, 2004 convenient to the Court's schedule. In support of this motion, CREI represents as follows:

1. The parties are continuing to assess whether there is a basis for settlement of this matter.

2. Counsel for the parties have agreed to conduct limited discovery in advance of any hearing that may need to be held on the plaintiff's request for a preliminary injunction. The parties hope that the completion of that discovery may assist them in resolving this matter.

3. Counsel for the parties believe that this additional period, combined with the completion of the contemplated discovery, will allow them to determine whether a settlement is possible, or whether it will be necessary for them to ask the Court to conduct a hearing on the plaintiff's request for a preliminary injunction.

4. Undersigned counsel has conferred with counsel for the plaintiff, Andrew B. Bowman, Esq., who has authorized undersigned counsel to represent that the plaintiff consents to and joins in the request described in this motion.

5. This is the parties' third motion for an extension of time in regard to this deadline.

WHEREFORE, Crystal Restoration Enterprises, Inc., joined by the plaintiff, respectfully requests a continuance of the date for a preliminary injunction hearing until a date in the week of December 6, 2004 convenient to the Court's calendar.

> DEFENDANT,
> CRYSTAL RESTORATION
> ENTERPRISES, INC.
>
>    /s/ Thomas J. Murphy
> By: Thomas J. Murphy (ct07959)
>     Cowdery, Ecker & Murphy, L.L.C.
>     750 Main Street
>     Hartford, CT 06103-2703
>     (860) 278-5555
>     (860) 249-0012 Fax
>     E-mail: tmurphy@cemlaw.com

## CERTIFICATION

      I hereby certify that I caused a true copy of the foregoing Defendant's Motion On Consent To Continue Evidentiary Hearing to be mailed, postage prepaid, this 28th day of September, 2004, to:

      Andrew B. Bowman, Esq.
      1804 Post Road East
      Westport, CT 06880

      /s/ Thomas J. Murphy
      Thomas J. Murphy