UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------x
CRYSTAL RESTORATION           :
SERVICES, INC.                :
                              :
    Plaintiff,               :   CIVIL NO. 3:03CV00560(AWT)
                              :
v.                            :
                              :
CRYSTAL RESTORATION           :
ENTERPRISES, INC.             :
                              :
    Defendant and            :
    Counterclaim Plaintiff,  :
                              :
v.                            :
                              :
CRYSTAL RESTORATION           :
SERVICES, INC.                :
                              :
    Counterclaim Defendant.  :   October 6, 2004
----------------------------------------------------x

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendant Crystal Restoration Enterprises, Inc.

October 6, 2004
**Date**

**Signature**

ct25379
**Connecticut Federal Bar Number**

Sarah A. L. Merriam
**Print Clearly or Type Name**

(860) 278-5555
**Telephone Number**

Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
**Address**

(860) 249-0012
**Fax Number**

Hartford, CT 06103
**Address**

smerriam@cemlaw.com
**E-mail Address**

## **CERTIFICATION**

      This is to certify that a copy of the foregoing Appearance was sent on October 6, 2004, by U.S. Mail, first-class, postage prepaid to all counsel of record as follows:

        Andrew B. Bowman, Esq.
        Law Offices of Andrew B. Bowman
        1804 Post Road East
        Westport, CT  06880

                            _____
                            Sarah A. L. Merriam