UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOV 09 08  P 3: 53

| | |
|---|---|
| CRYSTAL RESTORATION SERVICES, INC. : | |
| Plaintiff, : | CIVIL NO. 3:03CV0560 (AWT) |
| v. : | |
| CRYSTAL RESTORATION ENTERPRISES, INC. : | |
| Defendant. : | September 28, 2004 |

**DEFENDANT'S MOTION ON CONSENT**
**TO CONTINUE EVIDENTIARY HEARING**

The defendant Crystal Restoration Enterprises, Inc. ("CREI"), with the consent of the

plaintiff, hereby moves for an order continuing the evidentiary hearing presently scheduled for

October 15, 2004 until a date in the week of December 6, 2004 convenient to the Court's

schedule. In support of this motion, CREI represents as follows:

1. The parties are continuing to assess whether there is a basis for settlement of this

matter.

2. Counsel for the parties have agreed to conduct limited discovery in advance of any

hearing that may need to be held on the plaintiff's request for a preliminary injunction. The

parties hope that the completion of that discovery may assist them in resolving this matter.

3. Counsel for the parties believe that this additional period, combined with the

completion of the contemplated discovery, will allow them to determine whether a settlement is

possible, or whether it will be necessary for them to ask the Court to conduct a hearing on the

plaintiff's request for a preliminary injunction.

*[Left margin, rotated text:]*

GRANTED. The hearing is rescheduled for December 6, 2004, 9:30 a.m. It is so ordered.

Alvin W. Thompson, U.S.D.J.    Hartford, CT    11/12/2004

*[stamp:]* 5:34  2004 NOV 12  U.S. DISTRICT COURT  HARTFORD CT