UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CRYSTAL RESTORATION SERVICES, INC. | : |
| Plaintiff, | : |
| VS. | : DOCKET NO: 3:03CV0560(AWT) |
| CRYSTAL RESTORATION ENTERPRISES, INC., | : |
| Defendant. | : NOVEMBER 16, 2004 |

**JOINT MOTION TO CONTINUE THE PRESENTLY
SCHEDULED MOTION FOR PRELIMINARY INJUNCTION
FROM DECEMBER 6, 2004 UNTIL JANUARY 24, 2005**

This consent motion is submitted jointly by plaintiff and defendant to request that the hearing on plaintiff's motion for preliminary injunction be rescheduled from December 6, 2004 until January 25, 2005 for the following reasons:

1. Plaintiff and defendant have agreed to engage in a private mediation of the claims in the lawsuit which may render moot the motion for preliminary injunction and may result in a resolution of the lawsuit.

2. We are unable to conduct a mediation prior to December 6, 2004, and therefore request that the hearing be rescheduled to January 24, 2005 or for a date after January 24, 2004 that is convenient for the Court.

3. For these reasons the plaintiff and defendant request that the presently scheduled hearing on plaintiff's motion for preliminary injunction be rescheduled from December 6, 2004 until January 24, 2005 or such date that is convenient for the Court.

        THE PLAINTIFF, CRYSTAL
        RESTORATION SERVICES, INC.


        BY_____
         ANDREW B. BOWMAN, ct00122
         1804 Post Road East
         Westport, CT 06880
         (203) 259-0599
         (203) 255-2570 (Fax)

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid on this 16th day of November, 2004 to:

Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy
750 Main Street
Hartford, CT 06103-2703


        _____
        ANDREW B. BOWMAN