GRANTED. The hearing is rescheduled for January 24, 2005, 9:30 a.m. It is so ordered.
Alvin W. Thompson, U.S.D.J.   Hartford, CT   11/30/2004

FILED
2004 NOV 17 A 10: 37
DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CRYSTAL RESTORATION SERVICES, INC.   :

        Plaintiff,   :

VS.   :   DOCKET NO: 3:03CV0560(AWT)

CRYSTAL RESTORATION ENTERPRISES,   :
INC.,

        Defendant.   :   NOVEMBER 16, 2004

### JOINT MOTION TO CONTINUE THE PRESENTLY SCHEDULED MOTION FOR PRELIMINARY INJUNCTION FROM DECEMBER 6, 2004 UNTIL JANUARY 24, 2005

This consent motion is submitted jointly by plaintiff and defendant to request that the hearing on plaintiff's motion for preliminary injunction be rescheduled from December 6, 2004 until January 25, 2005 for the following reasons:

1. Plaintiff and defendant have agreed to engage in a private mediation of the claims in the lawsuit which may render moot the motion for preliminary injunction and may result in a resolution of the lawsuit.

2. We are unable to conduct a mediation prior to December 6, 2004, and therefore request that the hearing be rescheduled to January 24, 2005 or for a date after January 24, 2004 that is convenient for the Court.