FILED
2005 JAN 13 A 11: 11
DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

CRYSTAL RESTORATION SERVICES, INC.  :

      Plaintiff,     :    CIVIL NO. 3:03CV0560 (AWT)

v.    :

CRYSTAL RESTORATION ENTERPRISES, INC. :

      Defendant.    :    December 29, 2004

---

### PARTIES' JOINT MOTION
### TO CONTINUE EVIDENTIARY HEARING

The defendant Crystal Restoration Enterprises, Inc., joined by the plaintiff, hereby respectfully moves for an order continuing the evidentiary hearing presently scheduled for January 24, 2005 for approximately 30 days until a date convenient to the Court's schedule. In support of this motion, the parties represent as follows:

1. The parties intend to pursue private mediation of this matter, and they believe they are close to selecting a mediator and scheduling a mediation.

2. Counsel for the plaintiff will be away on a scheduled vacation beginning today and running until January 10, 2005.

3. Counsel for both parties believe that there is inadequate time between plaintiff's counsel's return from vacation on January 10th and the hearing set for January 24th to select a mediator, and then to schedule and conduct the mediation. The parties therefore request a continuance because they believe this mediation will determine whether there is even a need to ask this Court to schedule a hearing on plaintiff's request for a preliminary injunction.

---

*Margin annotations:*

It is so ordered.

GRANTED. The hearing is rescheduled for March 18, 2005, 10:00 a.m.

Alvin W. Thompson, U.S.D.J.    Hartford, CT    1/11/2005

2005 JAN 12 A 11: 28