UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CRYSTAL RESTORATION SERVICES, INC., | : | |
| Plaintiff, | : | CIVIL NO. 3:03CV0560 (AWT) |
| v. | : | |
| CRYSTAL RESTORATION ENTERPRISES, INC., | : | |
| Defendant. | : | January 27, 2006 |

### NOTICE OF VOLUNTARY DISMISSAL BY STIPULATION

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the undersigned parties to this action hereby agree and stipulate that the action as between them is dismissed as follows:

1. All claims brought by the plaintiff Crystal Restoration Services, Inc. in the above-referenced action are dismissed, with prejudice and without costs or attorney's fees to the defendant.

2. All claims brought by the defendant Crystal Restoration Enterprises, Inc. in the above-referenced action are dismissed, with prejudice and without costs or attorney's fees to the plaintiff.

Respectfully submitted,

**CRYSTAL RESTORATION SERVICES, INC.**

By: *[signature]*
Andrew B. Bowman, Esq. (ct00122)
The Law Offices of Andrew B. Bowman
1804 Post Road East
Westport, CT 06880-5683
(203) 259-0599 Office
(203) 255-2570 Fax
andrew.bowman@snet.net

**CRYSTAL RESTORATION ENTERPRISES, INC.**

By: *[signature]*
Thomas J. Murphy (ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 Office
(860) 249-0012 Fax
tmurphy@cemlaw.com