FILED

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

2006 JAN 27  A 10: 11

| | | |
|---|---|---|
| CRYSTAL RESTORATION SERVICES, INC., | : | |
| Plaintiff, | : | CIVIL NO. 3:03CV0560 (AWT) |
| v. | : | |
| CRYSTAL RESTORATION ENTERPRISES, INC.,: | : | |
| Defendant. | : | January 27, 2006 |

## NOTICE OF VOLUNTARY DISMISSAL BY STIPULATION

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the undersigned parties to this action hereby agree and stipulate that the action as between them is dismissed as follows:

1. All claims brought by the plaintiff Crystal Restoration Services, Inc. in the above-referenced action are dismissed, with prejudice and without costs or attorney's fees to the defendant.

2. All claims brought by the defendant Crystal Restoration Enterprises, Inc. in the above-referenced action are dismissed, with prejudice and without costs or attorney's fees to the plaintiff.

APPROVED and SO ORDERED.

ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT    02 / 27 / 06